June 26, 2009

Mr. Ian M. Mclin
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
Mr. Robert W. Loree
Loree Hernandez & Lipscomb, PLLC
14607 San Pedro, Suite 125
San Antonio, TX 78232

RE: Case Number: 07-1051
 Court of Appeals Number: 04-07-00119-CV
 Trial Court Number: 301172-A

Style: GALBRAITH ENGINEERING CONSULTANTS, INC.
 v.
 SAM POCHUCHA AND JEAN POCHUCHA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. The Motion for Leave to File
Response to Post Submission Brief is granted.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Mr. Gerry Rickhoff |
| |Ms. Yvonne Roselyn |
| |Castillo |
| |Mr. Brendan K. McBride |
| |Mr. Reagan W. Simpson |
| |Mr. John G. Bissell |
| |Ms. Diana L. Faust |
| |Ms. Kathleen Cassidy |
| |Goodman |
| |Mr. Peter M. Kelly |
| |Mr. Reagan L. Butts |